# United States District Court

__NORTHERN__ DISTRICT OF __OHIO__

UNITED STATES OF AMERICA
V.

**ROBERT ANDREW POWER**

## WARRANT FOR ARREST

CASE NUMBER: 1:07mj 102

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ROBERT ANDREW POWER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

attempt to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which one can be charged with a criminal offense and in so doing used a facility and means of interstate and foreign commerce, that being the use of a computer via the Internet

in violation of Title __18__ United States Code, Section(s) __2422(b)__

Dennis L. Howell
Name of Issuing Officer

[signature]
Signature of Issuing officer

**US Magistrate Judge**
Title of Issuing Officer

9/10/2007 Asheville, North Carolin
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |